**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BW NHHC HOLDCO, INC. dba ELARA CARING, a Delaware corporation,

Plaintiff,

v.

ZACH HAUSAUER, an individual,

Defendant.

Case No.: 3:26-cv-00537-ART-CSD

**ORDER GRANTING**

**STIPULATION TO EXTEND BRIEFING DEADLINES ON DEFENDANT'S MOTIONS TO DISMISS [ECF NOS. 5 AND 7]**

**(FIRST REQUEST)**

Plaintiff BW NHHC Holdco, Inc. dba Elara Caring ("Elara") and Defendant Zach Hausauer ("Hausauer"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadlines for briefing on Hausauer's pending Motions to Dismiss [ECF Nos. 5 and 7].

On October 13, 2026, Hausauer filed (1) his Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, Alternatively, to Transfer to the Eastern District of California [ECF No. 5], and (2) his Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) [ECF No. 7].

/ / /

/ / /

/ / /

Elara requested the extension because counsel has preexisting litigation obligations during the current briefing period, including previously scheduled mediations and other case-related deadlines. Additional time is therefore necessary to allow counsel to adequately address the separate factual and legal issues presented by Hausauer's two motions. Because of the timing of Elara's extension, counsel for Hausauer requested additional time to prepare a reply due to a pre-scheduled surgery immediately after Elara's Opposition is due. To accommodate these needs while preserving adequate time for Hausauer's replies, the parties have agreed that Elara shall have through November 17, 2026, to file its oppositions and Hausauer shall have through December 8, 2026, to file his replies. The requested extension is made in good faith and not for purposes of delay.

Accordingly, the parties request that the Court extend the briefing deadlines as follows:

1. Elara's oppositions to ECF Nos. 5 and 7 shall be due **November 17, 2026**; and

2. Hausauer's replies in support of ECF Nos. 5 and 7 shall be due **December 8, 2026**.

IT IS SO STIPULATED.

DATED: October 26, 2026

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ A. Jill Guingcangco*

Gaurav Bobby Kalra
Nevada Bar No. 16898
A. Jill Guingcangco
Nevada Bar No. 14717
300 S. 4th Street, Suite 1550

*Attorneys for Plaintiff BW NHHC HOLDCO, INC. dba ELARA CARING*

DATED: October 26, 2026

**REESE RING VELTO, PLLC**

*/s/ Alex Velto*

Alex Velto
Nevada Bar No. 14961
200 S. Virginia Street, Suite 655
Reno, Nevada 89501
Telephone: (775) 446-8096

*t Zach Hausauer*

**ORDER**

The parties' stipulation to extend briefing deadlines on defendant's motions to dismiss (ECF Nos. 5, 7) is granted.

IT IS ORDERED that Elara's oppositions to ECF Nos. 5 and 7 shall be due November 17, 2026; and Hausauer's replies in support of ECF Nos. 5 and 7 shall be due December 8, 2026.

DATED this 27th day of October, 2026.

Anne R. Traum
United States District Judge